UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL B. FULLER,<br><br>    Plaintiff,<br><br>    v.<br><br>WASHINGTON STATE DEPARTMENT OF LICENSING,<br><br>    Defendant. | CASE NO. C06-1261-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's motion for summary judgment. (Dkt. No. 14.) Plaintiff did not submit a response. Having carefully reviewed Defendant's relevant submissions on the matter and concluded that oral argument is not necessary, the Court hereby GRANT's Defendant's Motion.

Plaintiff sued Defendant for committing what he believes are a number of "unlawful acts." (Compl. 4). Although Plaintiff says that Defendant, a state governmental entity, can "be charged like any other citizen" (*id.*), this is not a correct statement of the law. Generally speaking, the Eleventh Amendment immunizes state agencies from suit. *Hess v. Port Auth. Trans-Hudson Corp.*, 513 U.S. 30, 39 (1994). While there are exceptions to this general rule, such as when a state consents to suit, there is no indication that any of these exceptions apply here. Accordingly, Defendant is entitled to summary

ORDER – 1

1  judgment and this case is hereby DISMISSED.

3      SO ORDERED this 13th day of March, 2007.

*[signature: John C. Coughenour]*

John C. Coughenour
United States District Judge

26  ORDER – 2